IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| JACK D. FRILEY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: |
| v. ) | 16-cv-13-CG-B |
| ) | |
| FUTURE INCOME PAYMENTS, LLC, ) | |
| PAUL P. YOUNG, and JOSEPH ) | |
| CHORA, ) | |
| Defendants. ) | |

NOTICE OF DISMISSAL

COMES NOW the Plaintiff, and pursuant to Rule 41, of the Federal Rules of Civil Procedure, notifies the Court that the parties have settled all disputes asserted herein, and humbly requests this Court dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 22nd Day of April, 2016.

/s/ Judson E. Crump
Judson E Crump
250 Congress Street
Mobile, Alabama 36603
251.272.9148